UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REBEKAH BADILLA, individually and on behalf of all others similarly situated,<br><br>           Plaintiff(s),<br><br>   v.<br><br>JOHNSON & JOHNSON CONSUMER, INC.,<br><br>           Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 3:24-cv-10521-MAS-RLS |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

/s/ Philip Furia
_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Samantha Hoefs

Address: 60 South 6th St., Ste 2800

Minneapolis, MN 55402

Telephone: (612) 445-0202

Facsimile: (612) 445-0202

E-mail: shoefs@nighgoldenberg.com

(One email address only)

Instructions for **LOCAL COUNSEL** for filing:

1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice of Pro Hac Vice to Receive NEF**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the **NEXT** button.